UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FAYE D. PEREZ, | Case No. 2:21-cv-00287-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| WORLD FINANCIAL GROUP, | |
| Defendant. | |

Pending before the Court is pro se Plaintiff's "Motion to Show Good Cause," filed on June 17, 2021. ECF No. 7. Plaintiff's Complaint was filed on February 22, 2021. ECF No. 1. On May 28, 2021, the Court issued a notice of intent to dismiss this case because no proper proof of service had been filed by that date. ECF No. 5. Plaintiff's "Motion to Show Good Cause" explains that proof of service was not filed because of miscommunication or mistake of a third-party entity tasked with effectuating service. ECF No. 7 at 1. Plaintiff also explains that COVID-19 and other illnesses have contributed to the delay in this case. *Id*. Plaintiff confirms that he will "have the Summons with Complaint file-stamped today and will serve Defendant WFG by overnight delivery today." *Id*. at 2. He notes that he will file proof of service "by no later than June 25, 2021." *Id*.

The Court construes Plaintiff's Motion as one to extend the deadline to effectuate service on Defendant World Financial Group. The Court finds good cause to grant an extension of time for service of process until June 18, 2021. As indicated in the Court's notice of intent to dismiss, Plaintiff shall file proof of service by June 27, 2021.

The Court notes that, generally, service by certified mail is improper under the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 4(e). However, if Plaintiff wishes to request that Defendant waive service, he may do so via certified mail. Fed. R. Civ. P. 4(d). Plaintiff may find the forms required to request waiver of service on the Court's website, at nvd.uscourts.gov/court-information/forms. To effect service in this manner, the process must be followed exactly. The

1

Court recommends that Plaintiff review Federal Rule of Civil Procedure 4—and particularly subsection 4(d)—if he wishes to request that Defendant waive service.

Accordingly,

Plaintiff's "Motion to Show Good Cause" (ECF No. 7) is **GRANTED**. Plaintiff shall serve Defendant by **June 18, 2021**, and file proof of service no later than **June 27, 2021**.

Dated this 18th day of June, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE