UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FAYE D. PEREZ,<br><br>    Plaintiff,<br><br>   v.<br><br>WORLD FINANCIAL GROUP,<br><br>    Defendant. | Case No. 2:21-cv-00287-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Stay Discovery Pending a Ruling on World Financial Group's Motion to Dismiss. ECF No. 25. No response to this Motion was filed.

In accordance with United States District Court for the District of Nevada Local Rule 7-2, the failure of a party to oppose a motion may be treated by the Court as consent to the Motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Stay Discovery Pending a Ruling on World Financial Group's Motion to Dismiss (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file an updated discovery plan and scheduling order no later than ten (10) days after the Court issues an Order on the pending Motion to Dismiss if the Court's Order does not result in dismissal of this matter in its entirety.

Dated this 22nd day of October, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE