UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FAYE D. PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD FINANCIAL GROUP,<br><br>    Defendant. | Case No. 2:21-cv-00287-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Expedited Motion for Extension of Discovery Deadlines. ECF No. 87. The Expedited Motion was filed on November 21, 2022. On that same date the Court issued a Minute Order requiring Plaintiff to respond to the Expedited Motion no later than November 28, 2022. ECF No. 88. The Court further advised Plaintiff that if no response was timely filed, the Court would grant Defendant's Expedited Motion. *Id*. No timely response was filed. In accordance with the Court's Minute Order, as well as United States District Court for the District of Nevada Local Rule 7-2(d), the Court treats Plaintiff's failure to respond to Defendant's Expedited Motion as her consent to grant the Motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Expedited Motion for Extension of Discovery Deadlines (ECF No. 87) is GRANTED.

IT IS FURTHER ORDERED that the deadline for Defendant to respond to pending discovery propounded by Plaintiff as well as any deadline to serve written discovery is stayed pending the outcome of ECF No. 84 (Defendant's Rule 41 Motion to Dismiss) and/or ECF No. 88 (the Recommendation to enter case dispositive sanctions and grant judgment in favor of Defendant).

Dated this 29th day of November, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1